No. 75–1292. KOEHLER, WARDEN v. CHISM. C. A. 6th Cir. Motion of respondent for leave to proceed in

*forma pauperis* granted. Certiorari denied. 